IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUMAH ALI-THOMAS MOORE,<br><br>       Plaintiff,<br><br>  v.<br><br>JEANNE WOODFORD, et al.,<br><br>       Defendants. | No. C 06-02357 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AN AMENDMENT TO THE COMPLAINT**<br><br>(Docket no. 22) |

   Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. On September 30, 2008, the Court issued an Order of Service in which Plaintiff was directed to amend his supervisory liability claim against Defendant Woodford within thirty days. He was directed to file his amendment to the complaint within the thirty-day deadline. He was warned the failure to do so would result in dismissal of the supervisory liability claim against Defendant Woodford without prejudice.

   Before the Court is Plaintiff's request for an extension of time to file his amendment to the complaint.

   Good cause appearing, the request is GRANTED. Plaintiff shall file his amendment to the complaint no later than **December 1, 2008**. Plaintiff may amend only the supervisory liability claim against Defendant Woodford and not the entire complaint. He must clearly label the document an "Amendment to the Complaint," and write in the case number for this action, Case No. C 06-02357 SBA (PR). The failure to do so on or by the aforementioned deadline will result in the dismissal of the supervisory liability claim against Defendant Woodford without prejudice. **No further extensions of time will be granted in this case absent exigent circumstances**.

   This Order terminates Docket no. 22.

   IT IS SO ORDERED.

DATED: 11/10/08

                                                                        SAUNDRA BROWN ARMSTRONG
                                                                        United States District Judge

P:\PRO-SE\SBA\CR.06\Moore2357.GrantEOTamendment.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MOORE et al,

        Plaintiff,

v.

WOODFORD et al,

        Defendant.

Case Number: CV06-02357 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Moore D-62389
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95532

Dated: November 12, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.06\Moore2357.GrantEOTamendment.wpd